**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| LUIS ALBERTO CAPU-VARGAS<br><br>    Petitioner<br><br>        v.<br><br>UNITED STATES OF AMERICA<br><br>    Respondent. | Civ. No. 05-1368(PG)<br><br> (Re: Crim. No.03-089(PG)) |

| Re: | ORDER |
|---|---|
| Docket **# 9** – MAGISTRATE-JUDGE'S REPORT AND RECOMMENDATION | Upon careful review of the Magistrate Judge's Report and Recommendation ("R&R")-- to which no objections were filed--the Court hereby **APPROVES** and **ADOPTS** the Magistrate Judge's R&R and DENIES petitioner's motion (Docket No. 1.) Judgment shall be entered dismissing the case. |

Date: March 1, 2006.

                                        S/JUAN M. PEREZ-GIMENEZ
                                        U.S. District Judge